

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

March 23, 2021

The Honorable Judith C. McCarthy
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

      Re:    <u>United States v. Alicia Ayers, et al.</u>, 21-MJ-3110

Dear Judge McCarthy:

      Defendants Alicia Ayers, Andrea Ayers, and Traci Proctor have been arrested and will be brought before this Court or the U.S. District Court for the Northern District of Georgia today for their initial appearances on the above-referenced complaint, which charges them with conspiracy to commit wire fraud, wire fraud, false statements, and aggravated identity theft, in violation of Title 18, United States Code, Sections 1349, 1343, 1001, and 1028A, respectively. Accordingly, the Government respectfully requests that Your Honor sign an order unsealing the Complaint and arrest warrants.

      Thank you for your consideration.

      Respectfully submitted,

      AUDREY STRAUSS
      United States Attorney

By: *[signature]*

      Jeffrey C. Coffman
      Assistant United States Attorney
      (914) 993-1940

SO ORDERED:

*Judith C. McCarthy*    3/23/2021
HON. JUDITH C. McCARTHY
United States Magistrate Judge
Southern District of New York