UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

ALICIA AYERS
ANDREA AYERS
TRACI PROCTOR

                                              Defendant(s).
-------------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

21 MJ 3110

Defendant **ALICIA AYERS** hereby voluntarily consents to participate in the following proceeding via **X** videoconferencing or **X** teleconferencing:

**X**      Initial Appearance Before a Judicial Officer

**X**      Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___      Bail/Detention Hearing

___      Conference Before a Judicial Officer

_[signature]_
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

/s/ DEVERAUX L. CANNICK
Defendant's Counsel's Signature

**ALICIA AYERS**
Print Defendant's Name

**DEVERAUX L. CANNICK**
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

**MARCH 23, 2021**
Date

_Judith C. McCarthy_
U.S. District Judge/U.S. Magistrate Judge